TOM M. SIEGEL (Bar No. 75038)
Attorney at Law
4311 Wilshire Blvd., Suite 612
Los Angeles, CA. 90010
Telephone: (323) 936-8291
Fax: (323) 933-0988
E-Mail: tomsiegelesq@sbcglobal.net

Attorney for Plaintiff
BRADLEY J. KILLAM,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| BRADLEY J. KILLAM, ) | CIVIL NO. 07-03006 (RC) |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412 (d) |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of $3,550.00 dollars, as authorized by 28 U.SC. § 2412 (d), subject to the terms of the above-referenced Stipulation.

Dated: 9/12/08            /s/ROSALYN M. CHAPMAN

                          HON. ROSALYN M. CHAPMAN

                          UNITED STATES MAGISTRATE JUDGE

1